IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANN VALENZUELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 24-cv-00402-JKP |
| | § | |
| GHOST CITY TOURS HOLDING, LLC, | § | |
| AND GHOST CITY TOURS OF TEXAS, | § | |
| LLC | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Ghost City Tours Holding, LLC ("Holding Company") and Ghost City Tours of Texas, LLC ("Ghost City Tours of Texas") hereby advises the Court that Holding Company is the parent company and managing member of Ghost City Tours of Texas. Neither Holding Company nor Ghost City Tours of Texas is a publicly traded company, and no publicly held corporation owns 10% or more of either corporation.

Respectfully submitted,

BOULETTE GOLDEN & MARIN L.L.P.

By: */s/ Steven Garrett*
    Steven H. Garrett
    State Bar No. 24073473
    steven@boulettegolden.com
    Tori B. Bell
    State Bar No. 24120766
    tori@boulettegolden.com

BOULETTE GOLDEN & MARIN L.L.P.
2700 Via Fortuna, Suite 250
Austin, Texas 78746
Tel: (512) 732-8903
Fax: (512) 551-9602

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I served a true and correct copy of the foregoing via the Court's CM/ECF system to:

Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229

ATTORNEYS FOR PLAINTIFF

                                              */s/ Steven Garrett*
                                              Counsel for Defendant