IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOANN VALENZUELA, § § | |
| Plaintiff, § § | |
| v. § § | Case No. 24-CV-00402-JKP |
| GHOST CITY TOURS HOLDING, AND § GHOST CITY TOURS OF TEXAS, LLC. § § | |
| Defendant. § § | |

**JOINT MOTION TO APPOINT U.S. MAGISTRATE JUDGE TO MEDIATE CASE**

Plaintiff and Defendant submit this Joint Motion to Appoint U.S. Magistrate Judge to mediate this Fair Labor Standards Act dispute. The parties agree that a U.S. Magistrate Judge serving as a neutral mediator would assist the parties in attempting to resolve this dispute without a trial.

Respectfully submitted,

/s/ *Michael V. Galo, Jr.*
Michael V. Galo, Jr.
State Bar No. 00790734
Galo Law Firm, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
T: (210) 616-9800
F: (210) 616-9898
E: mgalo@galolaw.com
Attorney for Plaintiff


*/s/ w permission Steven H. Garrett*
Steven H. Garrett
State Bar No. 24073473
steven@boulettegolden.com
Tori B. Bell
State Bar No. 24120766
tori@boulettegolden.com
Boulette Golden & Marin, LLP.
2700 Via Fortuna, Suite 250
Austin, Texas 78746
Telephone: (512) 732-8903
Fax: (512)551-9602
Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel for Defendant, on this 2nd day of August 2024 as follows:

Mr. Steven Garrett
Ms. Tori B. Bell
Boulette Golden & Marin, LLP.
2700 Via Fortuna, Suite 250
Austin, Texas 78746

/s/Michael V. Galo, Jr.
Michael V. Galo, Jr.

2