IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOANN VALENZUELA, | § | |
| *Plaintiff,* | § § § | SA-24-CV-00402-JKP |
| vs. | § § | |
| GHOST CITY TOURS OF TEXAS, LLC., GHOST CITY TOURS HOLDING, LLC., | § § § | |
| *Defendants.* | § § § | |

## ADVISORY REGARDING OUTCOME OF MEDIATION

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings [#7]. On August 2, 2024, the parties requested the appointment of a United States Magistrate Judge for a mediation [#14], and the Court granted the motion. The parties requested that the undersigned conduct the mediation [#20]. On October 2, 2024, the undersigned held a mediation conference, at which Plaintiff, Defendant, and their counsel appeared and participated via Zoom. The undersigned informs the District Court that the parties **SETTLED** during mediation. The parties will file their dismissal paperwork within **90 days**.

**IT IS SO ORDERED.**

SIGNED this 3rd day of October, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE