UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JOANN VALENZUELA,**

*Plaintiff*,

v.  Case No. 5:24-CV-0402-JKP

**GHOST CITY TOURS OF TEXAS, LLC,
and GHOST CITY TOURS HOLDING, LLC,**

*Defendants.*

### ORDER REGARDING SETTLEMENT

Based upon an Advisory Regarding Outcome of Mediation (ECF No. 23) from the mediating Magistrate Judge, this case settled during mediation and the parties were to file their dismissal papers within ninety days. That deadline passed long ago. Given the information before it, the Court vacates all deadlines and settings. The Court **ORDERS** the parties to make an appropriate case-closing filing and any appropriate supporting documents **on or before May 6, 2025**. *See* Fed. R. Civ. P. 41. Should the parties be unable to submit appropriate filings and documents by that date, they may move for an extension of time to do so. If the parties do not file an appropriate case-closing filing or a motion for extension by the imposed deadline, the Court may dismiss this case with prejudice pursuant to Rule 41(b).

**IT IS SO ORDERED this 8th day of April 2025.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**