IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOANN VALENZUELA, § § Plaintiff, § § v. § § GHOST CITY TOURS HOLDING, AND § GHOST CITY TOURS OF TEXAS, LLC. § § Defendant. § § | Case No. 24-CV-00402-JKP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff JoAnn Valenzuela and Defendants Ghost City Tours Holding, and Ghost City Tours of Texas, LLC. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly dismiss this action, including all claims with prejudice.

Respectfully submitted,

/s/ Michael V. Galo, Jr.
Michael V. Galo, Jr.
State Bar No. 00790734
Galo Law Firm, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: 210.616.9800
Facsimile: 210.616.9898
mgalo@galolaw.com
Attorney for Plaintiff

1

/s/ w permission Steven H. Garrett
Steven H. Garrett
State Bar No. 24073473
steven@boulettegolden.com
Tori B. Bell
State Bar No. 24120766
tori@boulettegolden.com
Boulette Golden & Marin, LLP.
2700 Via Fortuna, Suite 250
Austin, Texas 78746
Telephone: (512) 732-8903
Fax: (512)551-9602
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel for Defendant, on this 10th day of April 2024 as follows:

Mr. Steven Garrett
Ms. Tori B. Bell
Boulette Golden & Marin, LLP.
2700 Via Fortuna, Suite 250
Austin, Texas 78746

/s/Michael V. Galo, Jr.
Michael V. Galo, Jr.